## WOOD v. LEDGERWOOD.

(Circuit Court of Appeals, Fifth Circuit.   December 1, 1913.)

### No. 2,497.

BANKRUPTCY (§ 314*)—PROVABLE CLAIMS—NOTE BARRED BY LIMITATION.

    A note extended after it was barred by limitation under the statute of Texas, unless the extension was in writing and signed by the maker and contains an acknowledgment of the debt, as required by Rev. Civ. St. Tex. 1911, art. 5705, is not provable against his estate in bankruptcy.

    [Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 469–473, 478, 483–487, 489, 490; Dec. Dig. § 314.*]

Appeal from the District Court of the United States for the Northern District of Texas; Edw. R. Meek, Judge.

In a bankruptcy proceeding, from a decree disallowing her claim, Mrs. Amelia E. Wood appeals.   Affirmed.

John W. Wray, of Ft. Worth, Tex., for appellant.

R. W. Flournoy and Le Roy A. Smith, both of Ft. Worth, Tex., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM.   The note upon which the debt sought to be proved is founded is barred upon its face by the Texas statute of limitations of four years.   The extensions relied upon to toll the statute having been made subsequent to the time the debt became due, and not being in writing and signed by the bankrupt, are not effective.   See article 3370, R. S. Texas 1895; article 5705, R. S. Texas 1911.

The ruling of the court below rejecting the proof of debt was correct.

Affirmed.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes